IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SEE ATTACHED EXHIBIT A |
| | ) | |
| IN RE: PETTY OFFENSES, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS CASES

Comes now the United States of America, by counsel, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, respectfully moves the Court for leave to dismiss the Complaints/Violation Notices and Arrest Warrants listed in the attached Exhibit A. In support of said motion, the United States says as follows:

1) The violation listed are all petty or misdemeanor offenses;

2) No attempts to locate defendants have been made, and combined with the age of the cases, the ends of justice are not served by the continuation of these matters.

Wherefore, the United States respectfully moves this Court for an Order dismissing the Complaints/Violation Notices and Arrest Warrants listed in the attached Exhibit A.

Respectfully submitted,

JOHN P. FISHWICK, JR.
United States Attorney

Date: February 10, 2016

*s/Charlene R. Day*
CHARLENE R. DAY
Assistant United States Attorney
VA State Bar No. 42707
charlene.day@usdoj.gov

EXHIBIT A

| Name | Court # | Mandatory/Optional | Violation Date | Violation # | Violation | Fine | LEO | Notes |
|---|---|---|---|---|---|---|---|---|
| Hall, Alexander | 13po147 | M | 9/22/13 | 3153036 | Driving while suspended | | Lyon | No show at initial on 11/6/13. AW issued 11/26/13 |
| Hedrick, Drew | | O | 3/17/15 | 4198172 | Following too close | 75 | Cook | 5/21/15 no show |
| Hiser, James | 15po39 | M | 1/24/15 | FAWS0048 | Driving on a revoked license | | Buchanan | Initial set for 3/19/15, asked for continuance to 4/16/15. No show. |
| Johnson, Charles | | O | 4/7/15 | 3895138 | Employee parked in visitor lot | 40 | Helton | 5/21/15 no show |
| Johnson, Mark | | O | 3/3/15 | 3895231 | Parking in no parking area | 50 | Kennas | 5/21/15 no show |
| Mitchell, Rebecca | | O | 2/15/15 | 4890789 | Speeding | 130 | Lyon | 5/21/15 no show |
| Moore, Tyrone | 13po160 & 161 | M | 10/18/13 | 3152626 & 315050 | Driving while suspended & possession of controlled sub | | Lyon | 12/4/13 initial continued to 2/5/14, continued again to 3/5/14. No show. AWs issued on 3/10/2014 |
| Murren, Michael J. | 14po230-231 | M | 10/31/14 | 4555099 & 4555100 | Speeding and reckless driving | | Lyon | 1/15/15 no show; 2/19/15 no show AW issued 2/27/15 |
| Patterson, Amy J. | | O | 3/17/15 | F4310734 | Failure to pay fee & display hang tag | 75 | Haase | 5/21/15 no show |
| Reyes, Stephini | 14po218-220 | M | 10/19/2014 | 4555091, 4555090 & 4555089 | Rear back light out; tags from another vehicle & driving while suspended | | Lyon | 1/15/15 no show; 1/29/15 AW issued |
| Riley, Kevin M. | 15po102 | M | 3/19/15 | 3895129 | Loud and disrupting operations | | Helton | 4/16/15 initial – no show |
| Shupe, Joshua | | O | 11/28/14 | 2197458 | Expired inspection | 75 | Lyon | 5/21/15 no show |
| Speck, Salina | | O | 7/20/14 | 4555116 | Violation of closure | 125 | Lyon | 5/21/15 no show |
| Swain, Melissa | | O | 3/24/15 | 3895344 | Blocking entrance/exit | 50 | Gonzalez | 5/21/15 no show; 6/18/15 no show; 8/20/15 no show & 11/19/15 no show |
| Underwood, Isaac | | O | F4661121 | 1/21/15 | Failure to comply w/terms of permit | 75 | Smith | 3/19/15 no show; 5/21/15 no show |
| Vidovich, Robert S. | | O | 2197492 | 1/10/15 | Speeding | 125 | Lyon | 4/16/15 no show; 5/21/15 no show |
| Wise, Christopher | 12po276 | M | 0696106 | 8/22/12 | Possession of knives | | Smith | 10/17/12 no show 11/1/12 AW issued |
| Croft, Charles | 14po1 & 2 | M | 1264694 & | 11/3/13 | Driving while | | Whitcomb | 2/5/14 no show; 3/19/14 no show; |

| Name | Case # | M/O | Citation # | Date | Offense | Fine | Officer | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | 1264693 | | suspended/false statements | | | 2/18/14 AW issued |
| Short, Charles | 14po115 | M | 0696586 | 7/3/14 | Disorderly conduct | | Lisk | 9/17/14 no show; 10/16/14 no show |
| Coffman, David | | O | 3895682 | 7/23/14 | Unauthorized loitering | 75 | Procter | 9/3/14 no show; 10/16/14 no show |
| Critzer, Bryan | | O | F4639831 | 3/21/15 | Drinking in public | 75 | Smith | 5/21/15 no show |
| Gibson, Laura | | O | F4383191 | 1/9/15 | Fail to pay & display permit | 75 | Mullins | 2/19/15 no show; 4/16/15 no show; 6/18/15 no show; 11/19/15 no show |
| Hale, Nikita | | O | 3895541 | 3/16/15 | Parking in visitor spot | 40 | Fieschel | 4/16/15 no show |
| Reed, Warren | 14po81 | M | 4198107 | 5/25/14 | Driving while suspended | | Holter | 10/15/14 no show |